DAN RAYFIELD
Attorney General
JAMES S. SMITH  #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  James.S.Smith@doj.oregon.gov

NATHANIEL AGGREY  #172283
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Nathaniel.Aggrey@doj.oregon.gov

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| S.K., an individual proceeding under pseudonym,<br><br>   Plaintiff,<br><br>  v.<br><br>THE STATE OF OREGON by and through the OREGON YOUTH AUTHORITY, KAREN BRAZEAU, ROBERT JESTER, BOBBY MINK, COLETTE PETERS, GARY LAWHEAD, MIKE COSNER, DARIN HUMPHREYS, SID THOMPSON,<br><br>   Defendants. | Case No.  6:25-cv-00939-MTK<br><br>ANSWER AND AFFIRMATIVE DEFENSES<br><br>*Jury Trial Demanded* |

Page 1 -   ANSWER AND AFFIRMATIVE DEFENSES
   JSS/jl9/

The state defendants (State of Oregon by and through Oregon Youth Authority ("OYA"), Brazeau, Jester, Mink, Peters, Lawhead, Cosner (actually Conzoner), Humphreys and Thompson) respond to plaintiff's Complaint as follows:

1.

The state defendants deny the allegations against them in Paragraph 1. The state defendants lack information to respond for non-parties and on that basis deny the remaining allegations of Paragraph 1.

2.

The state defendants admit OYA operates MacLaren YCF in Marion County, Oregon but deny the remaining allegations of Paragraph 2.

3.

The state defendants admit that Edwards was a doctor employed by OYA at some times but deny the remaining allegations of Paragraph 3.

4.

The state defendants admit that OYA is an agency of the State of Oregon and operates MacLaren but deny the remaining allegations of Paragraph 4.

5.

The state defendants admit Brazeau was Director of OYA at some times and that OYA is located in Salem but deny the remaining allegations of Paragraph 5.

6.

The state defendants admit that Jester was Director of OYA at some times and that OYA is located in Salem but deny the remaining allegations of Paragraph 6.

7.

The state defendants admit that Mink was the interim Director of OYA at some times and that OYA is located in Salem but deny the remaining allegations of Paragraph 7.

Page 2 -   ANSWER AND AFFIRMATIVE DEFENSES
          JSS/jl9/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

8.

The state defendants admit that Peters was the Director of OYA at some times and that OYA is located in Salem but deny the remaining allegations of Paragraph 8.

9.

The state defendants admit that Lawhead was the Superintendent of MacLaren at some times but deny the remaining allegations of Paragraph 9.

10.

The state defendants admit that Conzoner (not "Cosner") was the Superintendent of MacLaren at some times but deny the remaining allegations of Paragraph 10.

11.

The state defendants admit that Humphreys was the Superintendent of MacLaren at some times but deny the remaining allegations of Paragraph 11.

12.

The state defendants admit that Thompson was the Superintendent of MacLaren at some times but deny the remaining allegations of Paragraph 12.

13.

The state defendants deny the allegations of Paragraph 13.

14.

In response to Paragraph 14, the state defendants admit that youth can be committed to the care of OYA by juvenile courts or ODOC, among other ways.

15.

The state defendants deny the allegations of Paragraphs 15 through 18.

16.

The state defendants admit that OYA and its managers had a duty to care for youth committed to OYA but deny the characterization of that duty and the remaining allegations of Paragraph 19.

Page 3 -   ANSWER AND AFFIRMATIVE DEFENSES
JSS/jl9/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

17.

The state defendants deny the allegations of Paragraph 20.

18.

The state defendants admit that some statutes describe some duties of the Director of OYA but deny the characterization of those duties and the remaining allegations of Paragraphs 21 through 23.

19.

The state defendants deny the allegations of Paragraphs 24 through 27.

20.

The state defendants respond to Paragraph 28 as described above.

21.

The state defendants deny the allegations against them in Paragraph 29 and lack information to respond for non-parties and on that basis deny the remaining allegations of Paragraph 29.

22.

The state defendants deny the allegations of Paragraphs 30 and 31.

23.

The state defendants lack information sufficient to respond for non-parties and on that basis deny the allegations of Paragraphs 32 through 36.

24.

The state defendants deny the allegations of Paragraphs 37 through 42.

25.

The state defendants respond to Paragraph 43 as described above.

26.

The state defendants lack information to respond for non-parties and on that basis deny the allegations of Paragraph 44.

Page 4 -   ANSWER AND AFFIRMATIVE DEFENSES
       JSS/jl9/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

27.

The state defendants deny the allegations of Paragraphs 45 through 47.

28.

The state defendants respond to Paragraph 48 as described above.

29.

The state defendants lack information to respond for non-parties and on that basis deny the allegations of Paragraphs 49 through 52.

30.

The state defendants deny the allegations of Paragraphs 53 through 61.

31.

The state defendants respond to Paragraph 62 as described above.

32.

The state defendants deny that Edwards was acting within the course and scope of his employment during any of the events described in Count III.  Defendants lack information to respond for non-parties and on that basis deny the allegations of Paragraph 63.

33.

The state defendants deny the allegations of Paragraphs 64 and 65.

34.

The state defendants respond to Paragraph 66 as described above.

35.

The state defendants deny the allegations of Paragraphs 67 through 71.

36.

Except as expressly admitted above, the state defendants deny each and every allegation of plaintiff's Complaint and the whole thereof.

///

///

Page 5 -    ANSWER AND AFFIRMATIVE DEFENSES
       JSS/jl9/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## FIRST AFFIRMATIVE DEFENSE

37.

Plaintiff failed to commence the case within the statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

38.

Plaintiff failed to serve an adequate or timely tort claim notice.

## THIRD AFFIRMATIVE DEFENSE

39.

The Oregon Tort Claims Act ("OTCA") provides a limited waiver of the state's sovereign immunity for common law tort claims. For sovereign immunity to be waived under the OTCA, the state employee whose conduct is allegedly tortious must be acting within the course and scope of their employment and not engaged in willful misconduct or malfeasance in office. The Complaint alleges that while on duty a doctor employed by the state sexually abused plaintiff. Sexual abuse is willful misconduct, thus outside the limited waiver of the OTCA. Accordingly, the state defendants have sovereign immunity from the state law claims.

## FOURTH AFFIRMATIVE DEFENSE

40.

Plaintiff failed to exhaust administrative remedies.

## FIFTH AFFIRMATIVE DEFENSE

41.

Any and all of plaintiff's damages were directly and proximately caused by plaintiff's negligence in one or more of the following particulars:

a) In failing to report to proper OYA authority the conduct alleged in the Complaint; and

b) In failing to timely report to law enforcement the conduct alleged in the Complaint.

///

///

Page 6 -   ANSWER AND AFFIRMATIVE DEFENSES
          JSS/jl9/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## SIXTH AFFIRMATIVE DEFENSE

42.

For the purpose of the Civil Rights Act, the state is not a person who can be sued. Accordingly, Counts I and II fail to state a claim against the State of Oregon.

## SEVENTH AFFIRMATIVE DEFENSE

43.

Punitive damages are not permitted under the OTCA.

## EIGHTH AFFIRMATIVE DEFENSE

44.

On the state law claims, plaintiff's damages are capped under the OTCA cap available at the time of the alleged abuse.

## NINTH AFFIRMATIVE DEFENSE

45.

The state defendants allege that at all material times each of them was acting in good faith and within appropriate discretion pursuant to the laws and statutes of the State of Oregon and of the United States. Their conduct violated no clearly established statutory or constitutional rights of which a reasonable state worker would have been aware. Accordingly, each of the state defendants is entitled to qualified immunity.

///
///
///
///
///
///
///

Page 7 -   ANSWER AND AFFIRMATIVE DEFENSES
JSS/jl9/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

WHEREFORE, having fully answered the Complaint, the state defendants pray for a judgment of dismissal and for judgment in their favor for costs and disbursements incurred herein.

DATED June __3__, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

_s/ James S. Smith_
JAMES S. SMITH #840932
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
James.S.Smith@doj.oregon.gov
Of Attorneys for State Defendants

NATHANIEL AGGREY #172283
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Nathaniel.Aggrey@doj.oregon.gov
Of Attorneys for State Defendants

Page 8 -   ANSWER AND AFFIRMATIVE DEFENSES
          JSS/jl9/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000